NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

05-1185

STATE OF LOUISIANA

VERSUS

DARRELL HICKS

**********
APPEAL FROM THE
THIRTEENTH JUDICIAL DISTRICT COURT
PARISH OF EVANGELINE, NO. 58,557B
HONORABLE AUDLEY GAYNOR SOILEAU, DISTRICT JUDGE
**********

GLENN B. GREMILLION
JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Marc T. Amy, and
Glenn B. Gremillion, Judges.

AFFIRMED WITH INSTRUCTIONS.

C. Brent Coreil
District Attorney, 13th Judicial District
P. O. Drawer 780
Ville Platte, LA 70586-0780
(337) 363-3438
Counsel for Plaintiff/Appellee:
        State of Louisiana
Raymond J. LeJeune

1401 Poinciana Ave.
Mamou, LA 70554
(337) 468-2229
Counsel for Plaintiff/Appellee:
     State of Louisiana

Anthony Craig Dupre
P. O. Drawer F
Ville Platte, LA 70586
(337) 363-3804
Counsel for Defendant/Appellant:
     Darrell Hicks